# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PIMENTEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.B. HUNT SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-01826-DAD-BAK (HBK)<br><br>ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HER PRACTICE IN THIS COURT WITHOUT SEEKING ADMISSION |

　　　　This matter was removed to this court on December 29, 2021.  (Doc. 1).  The same day, the Clerk of Court directed Carol A. Baidas, Attorney for Plaintiff, to register for admission to the Eastern District of California.  (Doc. 5).  As of the date of this Order, Ms. Baidas has not registered for admission and is not admitted to practice in the Eastern District of California.

　　　　Accordingly. it is **ORDERED**:

　　　　**No later than February 28, 2022**, Ms. Carol A. Baidas SHALL show cause in writing why sanctions should not be imposed for her acts in practicing in this court without being admitted and for failing to comply with the Clerk of Court's directives.  Alternatively, Ms. Baidas may seek admission to this court within the same interval.

　　　　**The failure to comply with this order will result in a recommendation that the Court dismiss the action.**

1
2   Dated:    February 16, 2022
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE