# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PIMENTEL,<br><br>        Plaintiff,<br><br>    v.<br><br>J.B. HUNT SERVICES, INC., et al.,<br><br>        Defendants. | Case No.: 1:21-cv-01826-DAD-BAK (HBK)<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE TO COUNSEL CAROL A. BAIDAS<br><br>(Doc. 10) |

Previously, the Court ordered Plaintiff's counsel Carol A. Baidas to show cause in writing why sanctions should not be imposed for her failure to seek admission in this Court. (Doc. 10). The Court's records indicate that on February 22, 2022, Ms. Baidas was admitted to practice in the Eastern District of California. Accordingly, the Order to Show Cause dated February 17, 2022 (Doc. 10) is **DISCHARGED**.

Dated:     February 22, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE