UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PIMENTEL,<br><br>  Plaintiff,<br><br>  v.<br><br>J.B. HUNT SERVICES, INC., J.B. HUNT TRANSPORT, INC.,<br><br>  Defendants. | Case No. 1:21-cv-01826-ADA-BAK<br><br>ORDER REFERRING CASE TO VDRP<br><br>ORDER MODIFYING DISCOVERY DEADLINES IN SCHEDULING ORDER |

On September 23, 2022, the Court held a telephonic mid-discovery status conference in this matter. (Doc. No. 18). Attorney Carol A. Baidas appeared on behalf of Plaintiff and Attorney Austin F. Smith appeared on behalf of Defendant.

After discussion, the parties agreed Defendant would retain a medial expert to conduct an independent medical examination of Plaintiff. Upon completion of Plaintiff's examination and after review of the medical expert's report, the parties agreed to participate in the Court's voluntary dispute resolution program (VDRP) set forth in Local Rule 271 sometime in February 2023.[1]

In order that the parties may direct their resources to settlement, the Court will refer this case to VDRP and extend the non-expert and expert discovery deadlines in the Scheduling Order.

---

[1] The Court recognizes that this date may fluctuate based upon availability of the mediator.

In the event this case does not resolve through VDRP, or otherwise settle, the case remains set for a pre-trial conference on September 25, 2023 and trial on December 5, 2023. (*See* Doc. No. 14).

Accordingly, it is **ORDERED**:

1. The March 25, 2022 Scheduling Order (Doc. No. 14) is modified to the extent that all non-expert and expert discovery is extended to **August 30, 2023.**

2. No later than **sixty (60) days** from the date on this Order, the parties shall initiate participation in the Court's VDRP by contacting the VDRP administrator, **Sujean Park**, at spark@caed.uscourts.gov and file a Joint Notice on the docket confirming same.

3. No later than fourteen (14) days after completion of the VDRP session, the parties shall file a Joint VDRP Completion Report.

Dated:     September 26, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Cc: Sujean Parks

2