UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PIMENTEL,<br><br>    Plaintiff,<br><br>    v.<br><br>J.B. HUNT SERVICES, INC. *et al*.<br><br>    Defendants. | Case No. 1:21-cv-01826-ADA-CDB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE A JOINT NOTICE CONFIRMING PARTICIPATION IN THE COURT'S VOLUNTARY DISPUTE RESOLUTION PROGRAM<br><br>ECF No. 19<br><br>**SEVEN-DAY DEADLINE** |

On September 26, 2022, the Honorable Magistrate Judge Helena M. Barch-Kuchta ordered the parties within 60 days to (1) initiate participation in the Court's Voluntary Dispute Resolution Program ("VDRP"), and (2) file a joint notice on the docket confirming their participation. (ECF No. 19). More than 60 days have passed, and the parties have failed to file a joint notice confirming their participation in the Court's VDRP.

Accordingly, IT IS HEREBY ORDERED that within seven days of entry of this order, the parties shall show cause in writing why sanctions should not be imposed for the parties' failure to file a joint notice confirming their participation in VDRP as ordered by the Court. The parties may comply with this order by filing a joint report outlining the status of initiating participation

///

1

1 in VDRP or confirming that participation has commenced.

2 IT IS SO ORDERED.

3 Dated: __**December 1, 2022**__   _____
4                                                                 UNITED STATES MAGISTRATE JUDGE