UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PIMENTEL, | Case No.  1:21-cv-01826-ADA-CDB |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE A JOINT VOLUNTARY DISPUTE RESOLUTION PROGRAM COMPLETION REPORT |
| v. | |
| J.B. HUNT SERVICES, INC. *et al*. | |
| Defendants. | (Docs. 19, 24) |
| | **SEVEN-DAY DEADLINE** |

On December 12, 2022, the Court ordered the parties to file a Joint VDRP Completion Report no later than 14 days after completion of the VDRP session.  Doc. 24 at 2.  On February 14, 2023, the Court received notice of the parties' completion of VDRP.  More than 14 days have passed, and the parties have failed to file a Joint VDRP Completion Report.

Accordingly, IT IS HEREBY ORDERED that within seven days of entry of this order, the parties shall show cause in writing why sanctions should not be imposed for the parties' failure to file a Joint VDRP Completion Report as ordered by the Court.  In the alternative, the parties may comply with this order by filing a Joint VDRP Completion Report.

IT IS SO ORDERED.

Dated:   __**March 3, 2023**__

_____
UNITED STATES MAGISTRATE JUDGE