UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PIMENTEL,<br><br>       Plaintiff,<br><br>    v.<br><br>J.B. HUNT SERVICES, INC. *et al*.<br><br>       Defendants. | Case No. 1:21-cv-01826-ADA-CDB<br><br>ORDER VACATING SETTLEMENT CONFERENCE<br><br>ORDER REQUIRING FILING OF JOINT REPORT AND NOTICING SCHEDULING CONFERENCE<br><br><u>SEVEN-DAY DEADLINE</u> |

On March 10, 2023, the parties notified the Court they were unable to resolve this matter through the Court's voluntary dispute resolution program. (Doc. 26). In light of the parties' inability to settle the case, the settlement conference scheduled for May 16, 2023 (Doc. 14) shall be vacated. Moreover, although the Court previously extended the time to complete fact and expert discovery to August 30, 2023 (Doc. 19), other case management dates were not similarly adjusted.

Accordingly, it is HEREBY ORDERED that the settlement conference scheduled for May 16, 2023, is VACATED.

It is FURTHER ORDERED, not later than April 26, 2023, the parties shall meet and confer and file a modified joint scheduling report. Bearing in mind that the period for fact and expert discovery presently is scheduled to close on August 30, 2023, the joint report shall either confirm

1 existing dates or identify new, mutually agreeable dates for: (1) expert disclosure, (2) supplemental expert disclosure, (3) filing of non-dispositive motions, (4) filing of dispositive motions, (5) pretrial conference, and (6) trial dates.

And it is FURTHER ORDERED that the parties shall appear for a scheduling conference on May 3, 2023, at 9:30 am, via Zoom videoconference, using connection information the parties shall obtain in advance of the conference from Courtroom Deputy Susan Hall (shall@caed.uscourts.gov).

IT IS SO ORDERED.

Dated: **April 18, 2023**

_____
UNITED STATES MAGISTRATE JUDGE